UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LeVenius Hodges,

Plaintiff,

v.

Eden Electronics Inc.,

Defendant.

CIVIL 00-422 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: August 24, 2000

PAUL A. MAGNUSON, Chief Judge
United States District Court

FILED AUG 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________