UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LeVenius Hodges,

Plaintiff,

v.

Eden Electronics, Inc.,

Defendant.

Court File No. 00-CV-422 (PAM/JGL)

**STIPULATION OF DISMISSAL ORDER FOR JUDGMENT AND JUDGMENT**

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and cross-claims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** all parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and cross-claims, without costs or disbursements to any of the parties, by entered herein.

Dated: 8/30, 2000

**GANT LAW FIRM, P.A.**

By: ____________________

Michael Verbrick
Attorney Registration No. 0280033
670 North Grain Exchange Building
301 South 4th Avenue
Minneapolis, Minnesota 55415
Telephone: 612-342-2565

Attorney for Plaintiff LeVenius Hodges

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 25 2000
DEPUTY CLERK

Dated: 8/30/00, 2000

**JULIE FLEMING-WOLFE**
**Attorney at Law**

By: ______________________
Julie Fleming-Wolfe
Attorney Registration No. 175377
1654 Grand Avenue
St. Paul, Minnesota 55105
Telephone: 651-698-1698

Attorney for Defendant Eden Electronics, Inc.

**ORDER FOR JUDGMENT**

Based upon the foregoing STIPULATION, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: Septembr 25, 2000

______________________
The Honorable Paul A. Magnuson
Judge of District Court