# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LeVenius Hodges

Plaintiff

v.

Eden Electronics, Inc.

Defendants

Case No. Civil 00-422 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is dismissed with prejudice and on its merits and without costs or disbursements to any party.

DATE: September 25, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk